CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

WENDY M. GARBERS (CABN 213208)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6475
FAX: (415) 436-7234
wendy.garbers@usdoj.gov

Attorneys for United States of America

FILED

Nov 12 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL ALBERTA III,<br><br>Defendant. | CASE NO. 3:26-mj-71465 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on February 10, 2026, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☒ Indictment

☐ Information

☐ Criminal Complaint

☐ Other (describe) ________________________

pending in the Middle District of Florida, Case Number 25-cr-62-MMH-PDB.

In that case (copy of indictment attached), the defendant is charged four counts: one count of Attempted Trafficking in Firearms, in violation of 18 U.S.C. § 933(a)(3); and three counts of Aiding and

Abetting Making a False Statement as to a Material Fact During Purchase of a Firearm, in violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

The maximum penalties are as follows:

- 10 years imprisonment
- $250,000 fine
- 3 years supervised release
- $100 special assessment per felony count
- Forfeiture

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: November 12, 2026

*Wendy M. Garbers*
WENDY M. GARBERS
Assistant United States Attorney

FILED - USDC - FLMD - JAX
MAR 12 2025 PM12:37

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:25-cr- 62-MMH-PDB
18 U.S.C. § 933(a)(3)
PAUL ALBERTA III 18 U.S.C. § 922(a)(6)

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Attempted Trafficking in Firearms)**

From on or about April 24, 2024, through on or about May 21, 2024, in the Middle District of Florida, and elsewhere, the defendant,

PAUL ALBERTA III,

attempted to receive from another person a firearm in or otherwise affecting interstate or foreign commerce, when the defendant knew or had reasonable cause to believe that such receipt would constitute a felony, specifically, possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1).

In violation of 18 U.S.C. § 933(a)(3).

**COUNT TWO**
**(Aiding and Abetting Making a False Statement as to a Material Fact During Purchase of a Firearm)**

Between on or about April 24, 2024, and April 30, 2024, in the Middle District of Florida, the defendant,

PAUL ALBERTA III,

aided and abetted the acquisition of four firearms, specifically, a Masterpiece Arms pistol, a Glock pistol, a Ruger pistol, and a Smith & Wesson pistol, from a federally licensed firearms dealer, namely, Orange Park Gun & Pawn LLC. The purchaser of the firearms knowingly made a false and fictitious written statement intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 21.a. on an ATF Form 4473, which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form?" when in fact the purchaser was buying the firearm on behalf of the defendant. The defendant aided, abetted, and procured the commission of the offense by providing the purchaser with the money to purchase the firearms and paying the purchaser a fee for the transaction.

In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

**COUNT THREE**
**(Aiding and Abetting Making a False Statement as to a Material Fact During Purchase of a Firearm)**

Between on or about May 8, 2024, and May 13, 2024, in the Middle District of Florida, the defendant,

PAUL ALBERTA III,

aided and abetted the acquisition of five firearms, specifically, an AMT pistol, two Tisas pistols, a Davis Industries P-32 pistol, and a Masterpiece Arms pistol, from a federally licensed firearms dealer, namely, Cash City Pawn Inc. The purchaser of the firearms knowingly made a false and fictitious written statement intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under

the provisions of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 21.a. on an ATF Form 4473, which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form?" when in fact the purchaser was buying the firearm on behalf of the defendant. The defendant aided, abetted, and procured the commission of the offense by providing the purchaser with the money to purchase the firearms and paying the purchaser a fee for the transaction.

In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

**<u>COUNT FOUR</u>**
**(Aiding and Abetting Making a False Statement as to a Material Fact During Purchase of a Firearm)**

Between on or about May 13, 2024, and May 21, 2024, in the Middle District of Florida, the defendant,

PAUL ALBERTA III,

aided and abetted the acquisition of three firearms, specifically, three Glock pistols, from a federally licensed firearms dealer, namely, Cash City Pawn Inc. The purchaser of the firearms knowingly made a false and fictitious written statement intended and likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 21.a. on an ATF Form 4473, which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form?" when in fact the purchaser was buying the firearm on behalf of the defendant. The defendant aided, abetted, and procured the commission of the offense by providing the purchaser with the money to purchase the firearms and paying the purchaser a fee for the transaction.

In violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2.

## FORFEITURE

1. The allegations contained in Counts One through Four of the Indictment are incorporated by referenced for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 924(d) and 934 and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. §§ 922(a)(6) and/or 933(a)(3), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. Upon conviction of a violation of 18 U.S.C. § 933(a)(3), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 934, any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation, and any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be

divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

[redacted]
Foreperson

SARA C. SWEENEY
Acting United States Attorney

By: KELLY S. MILLIRON
Assistant United States Attorney

By: FRANK TALBOT
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
2/26/25 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

PAUL ALBERTA III

# INDICTMENT

Violations: 18 U.S.C. § 933(a)(3)
18 U.S.C. § 922(a)(6)

A true bill,

[redacted]
Foreperson

Filed in open court this 12th day

of February, 2025.

Clerk

Bail $__________________

GPO 863 525

AO 442 (Rev. 2/26/25) Arrest

RCVD USMS JACKSONVILLE 2025 MAR 12 PM12:45

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Paul Alberta III
*Defendant*

Case No. 3:25-cr- 62-MMH-PDB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*, Paul Alberta III

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Attempted Trafficking in Firearms in violation of 18 U.S.C § 933(a)(3)
Aiding and Abetting Making a False Statement as to a Material Fact During Purchase of a Firearm in violation of 18 U.S.C. § 922(a)(6)

Date: 3/12/2025

*Issuing officer's signature*

City and state: Jacksonville, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*